# Court of Appeals
# of the State of Georgia

ATLANTA, May 06, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0357. ALLSTATE INSURANCE COMPANY v. CARLA OGLESBY.**

Allstate Insurance Co. filed this application for a discretionary appeal, seeking appellate review of the trial court's order denying Allstate's motion to set aside a default judgment entered against it and on favor of Carla Oglesby. Allstate has now filed a motion to withdraw its application, stating it has decided not to pursue an appeal in this matter. Having been read and considered, Allstate's motion to withdraw the application is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/06/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*